**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7059**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LANTIS JETON YOUNG,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:00-cr-00131-GCM-1)

Submitted: March 28, 2024                                        Decided: April 2, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lantis Jeton Young, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lantis Jeton Young appeals the district court's order denying his motion for reduction of sentence under § 404(b) of the First Step Act of 2018. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Young*, No. 3:00-cr-00131-GCM-1 (W.D.N.C. Oct. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*